1  MICHELE BECKWITH
   Acting United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

   Attorneys for Plaintiff
6  United States of America

```
┌─────────────────────────────┐
│            FILED            │
│         Jul 07, 2025        │
│   CLERK, U.S. DISTRICT COURT │
│ EASTERN DISTRICT OF CALIFORNIA │
└─────────────────────────────┘
```

7

                    IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10  IN THE MATTER OF THE APPLICATION          ORDER TO UNSEAL SEARCH WARRANTS
    OF THE UNITED STATES OF AMERICA           AND SEARCH WARRANT AFFIDAVITS
11  FOR SEARCH WARRANTS CONCERNING:

12  13 digital devices and 3 pieces of unopened    2:25-sw-0100 SCR
    mail, recovered from a 2015 Mercedes-Benz
13  C63 AMG S (VIN 55SWF8HB7FU081410)
    and currently located at the FBI's Sacramento
14  Field Office, 2001 Freedom Way, Roseville,
    California 95678
15

    9332 Hoyleton Way, Elk Grove, CA 95758     2:25-sw-0197 CKD
16
    The cellular telephone assigned call number   2:25-sw-0310 AC
17  916-620-6868

18  Information associated with                    2:25-sw-0324 AC
    AYMANALAARAJ@GMAIL.COM that is
19  stored at premises controlled by
    GOOGLE LLC
20
    White iPhone with associated call number       2:25-sw-0362 JDP
21  (916) 620-6868, currently located at the FBI's
    Sacramento Field Office at 2001 Freedom Way,
22  Roseville, California 95678

23  2344 Arden Way, Suites A&B, Sacramento, CA    2:25-sw-0506 JDP
    95825
24

25       Upon application of the United States of America and good cause having been shown,

26       IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

27  Dated:    July 7, 2025                    _____
                                             The Honorable Carolyn K. Delaney
28                                           UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS